James Albert D'OSTROPH, Appellant, v. Dr. M. J. PESCOR, Warden, U. S. Medical Center for Federal Prisoners, Springfield, Mo.

No. 13812.

United States Court of Appeals
Eighth Circuit.
March 10, 1949.

Writ of Certiorari Denied June 6, 1949.

See 69 S.Ct. 1165.

James Albert D'Ostroph, pro se.

Sam M. Wear, U. S. Atty., of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 7 F.R.D. 569, dismissed.

EARLE C. ANTHONY, Inc., Appellant, v. Kenneth E. MORRISON and The Voice of the Orange Empire, Inc., Limited, Appellees.

No. 12047.

United States Court of Appeals
Ninth Circuit.
March 31, 1949.

Overton, Lyman, Plumb, Prince & Vermille, Eugene Overton, and Donald H. Ford, all of Los Angeles, Cal., for appellant.

Otto A. Jacobs, of Santa Ana, Cal., for appellee Morrison.

R. M. Crookshank, of Santa Ana, Cal., for appellee Voice of Orange Empire.

Before MATHEWS, HEALY, and BONE, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, 83 F.Supp. 494, the judgment of the District Court is affirmed.

Elmo De Vere CARPENTER v. BINGHAM & GARFIELD RAILWAY COMPANY, a Corporation, and Kennecott Copper Corporation.

No. 3828.

United States Court of Appeals
Tenth Circuit.
Feb. 19, 1949.

Rawlings, Wallace & Black, of Salt Lake City, Utah, for appellant.

C. C. Parsons, Wm. M. McCrea, A. D. Moffat and C. A. Behle, all of Salt Lake City, Utah, for appellees.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed, pursuant to stipulation.

Joseph R. CRACO, Jr. v. AIREON MANUFACTURING CORPORATION, Debtor, and Bekins Van & Storage Company.

No. 3853.

United States Court of Appeals
Tenth Circuit.
Feb. 24, 1949.

Nathan Newby, of Los Angeles, Cal., for appellant.

McAnany, Van Cleave & Phillips, of Kansas City, Kan., Richard T. Drukker, of Los Angeles, Cal., and Brownfield & Harding, of Kansas City, Kan., for appellees.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation.